[No. 27667-1-I.   Division One.   March 15, 1993.]

LOWELL J. HATLEY, *Respondent*, v. JERRY SEGEL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-2-01091-2, Michael F. Moynihan, J., entered December 14, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Baker, J.


[No. 29579-9-I.   Division One.   March 15, 1993.]

JAIME D. GUZMAN, *Appellant*, v. SALMON BAY STEEL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-19503-8, J. Kathleen Learned, J., entered November 1, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Scholfield, J.


[No. 25012-4-I.   Division One.   March 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY JAY RUNION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03429-4, Shannon Wetherall, J. Pro Tem., entered October 25, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Agid, JJ.